1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
2016 FEB 12 A 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

Michael Stanley Townsel Jr.

_____

_____

CV-16-HS-0251-M

_____

(Enter above the full name(s) of the
Plaintiff(s) in this action)

v

Alabama Department of Corrections

St. Clair

_____

_____

(Enter above the full name(s) of the
Defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If you answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s): _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?

   Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes (✓)   No ( )

   C. If your answer is YES:

      1. What steps did you take? _filled Greivance foim out & turned it in_

      2. What was the result? _I never heard anything back_

   D. If your answer is NO, explain why not? _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _Michael Stanley Townsel Jr._

      Address _1000 St. Clair rd Springville AL, 35146_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Alabama Department of Corrections__

   Is employed as _____

   at __St. Clair Correctional Facility__

C. Additional Defendants _____

## IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On April 2nd 2015, at 11:30 AM I was held at knife point and raped. I would like to file lawsuite against ALDOC At St. Clair for lack of security. I've been in lock up ever since incedent happend. And I've never heard anything about my rape case. I&I has lied to me. DOC has done nothing.

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

file lawsuite against ALDoC At St.Clair for lacu of Security and emotional & mental Distress

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-19-16
          (date)

Michieal Stanley Tunnel Jr

Signature(s)

Dear Courts,

On April 2nd, 2015 at about 11:30 AM I was held at Knife Point and raped while at St. Clair Prison, I have undergone mental & emotional distress, I went to the Crisis Center in Birmingham for my rape kit, they done rape kit & ordered St. Clair Prison to do blood test for hiv/Aids, hepititis, herpes, siphilis, St. Clair has never done blood test, As a result to the rape, I have to wear a catheter due to my Pelvic floor muscle not fuctioning properly Due to stras from the rape, At the time of rape St. Clair staff was under staffed, so I would like to file a lawsuite Due to lack of security & emotional & mental distress, I got no counseling every 2 weeks, I was on mental health medicine due to depression from the rape, but mental health stopped my medicine Due to my medical condition, Plus I & I internal investigation revenue at the prison told me 4 to 6 months and my case would be in court, I have been in lockup every since my rape, I've been in lockup almost 10 months and haven't heard anything from St. Clair staff, the Prea Lt. Gordy or I & I, they all have neglected to let me know anything on my case,

Plus at the time of my rape Lt. [illegible] was [illegible] a short shortage of officers, CPL [illegible] was [illegible], it was also short staffed at the time. Please [illegible] my case into consideration.

Also D[illegible] the medical doc[illegible] [illegible] condition [illegible] catheter [illegible] rape.